# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

DANIEL CONNELLI,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No. 17-cv-06519-BLF

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Lucy H. Koh for consideration of whether the case is related to 5:17-cv-05613-LHK Hyde et al v. Ford Motor Company.

**IT IS SO ORDERED.**

Dated: November 22, 2017

_____
BETH LABSON FREEMAN
United States District Judge